In the Matter of WAFA H. DAOUD, Respondent, v BASHIR HAJ DAOUD, Appellant. [940 NYS2d 869]

The allegations in a family offense proceeding seeking the issuance of an order of protection must be "supported by a fair preponderance of the evidence" (Family Ct Act § 832; *see Matter of Aruti v Aruti*, 88 AD3d 700, 701 [2011]; *Matter of Ungar v Ungar*, 80 AD3d 771 [2011]; *Matter of Pearlman v Pearlman*, 78 AD3d 711, 712 [2010]; *Matter of Thomas v Thomas*, 72 AD3d 834, 835 [2010]). "Only competent, material and relevant evidence may be admitted in a fact-finding hearing" (Family Ct Act § 834; *see Matter of Belinda YY. v Lee ZZ.*, 74 AD3d 1394, 1395 [2010]).

Here, the evidence submitted in support of the petition consisted solely of inadmissible hearsay. The petitioner therefore

failed to establish the allegations in the petition by competent evidence (*see* Family Ct Act § 834; *Matter of Belinda YY. v Lee ZZ.*, 74 AD3d at 1395; *Dorene L. v Dhaneswar R.*, 29 Misc 3d 462 [2010], *affd* 89 AD3d 428 [2011]). Accordingly, the order of protection must be reversed, the petition denied, and the proceeding dismissed. Skelos, J.P., Dickerson, Eng and Sgroi, JJ., concur.